**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FREDERICK BANKS**,                  )<br>    Petitioner,                  )<br>                                           )<br>    **v.**                               )     Misc. No. 16-61<br>                                           )<br>**MERIT SYS. PROT. BD. U.S. DEP'T**  )<br>**OF JUSTICE**, *et al.*,               )<br>    Respondents.               ) | |

| | |
|---|---|
| **FREDERICK BANKS**,                  )<br>    Petitioner,                  )<br>                                           )<br>    **v.**                               )     Misc. No. 16-79<br>                                           )<br>**JUDGE MARK HORNAK**, *et al.*,  )<br>    Respondents.               ) | |

**ORDER**

And now this 22nd day of August, 2018, for the reasons set forth in the accompanying memorandum opinion, the motions of Frederick Banks "to Vacate Judgment and Order of Dismissal; and to Vacate Vex[atious] Litigan[t] Order; Fed. R. Civ. Proc. 60(b)(4) Void Judgment," (Misc. No. 16-61, ECF No. 11: Misc. No. 16-79, ECF No. 11), are hereby DENIED.

The clerk is directed to mark this case closed.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

1

**cc:**
Frederick Banks (Inmate #120759)
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Frederick Banks #05711-068
Federal Medical Center
P.O. Box 1600
Burner, NC 27509